IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFIQUE AHMAD | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 1:17-cv-02493-TSC |
| GENERAL NUTRITION CORPORATION | : |
|     Defendant. | : |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Rafique Ahmad, by and through his counsel and Defendant General Nutrition Corporation by and through its counsel (collectively the "Parties"), submit this Joint Notice of Settlement, stating as follows:

1.  The Parties have reached a settlement in principle and intend to memorialize the agreement in writing.

2.  The Parties request that the Scheduling Conference currently scheduled for Thursday, November 8, 2018 be removed from the Court's docket.

3.  The Parties intend on filing a dismissal with prejudice promptly after the Settlement Agreement has been executed.

Respectfully submitted,

| | |
|---|---|
| STEIN SPERLING BENNETT DE JONG DRISCOLL PC | MARGOLIS EDELSTEIN |
| By:  */s/ Eduardo Garcia* <br> Eduardo S. Garcia (1028040) <br> 25 West Middle Lane <br> Rockville, Maryland  20850 <br> (301) 340-2020 <br> (301) 354-8326 (facsimile) <br> egarcia@steinsperling.com <br><br> *Attorneys for Plaintiff* | By:  */s/ Charles H. Saul* <br> Charles H. Saul <br> Henry W. Oliver Building, Ste. 1100 <br> 535 Smithfield Street <br> Pittsburgh, Pennsylvania  15222 <br> (412) 355-4961 <br> (412) 642-2380 (facsimile) <br> csaul@margolisedelstein.com <br><br> *Attorneys for Defendant* <br><br> (Signed by Eduardo S. Garcia with authority from Charles H. Saul) |

WRIGHT, CONSTABLE & SKEEN, LLP

By:  */s/ Laura Rubenstein*
Laura Rubenstein
7 St. Paul Street, 18th Floor
Baltimore, Maryland  21202
(410) 659-1300
(410) 659-1350 (facsimile)
lrubenstein@wcslaw.com

*Attorneys for Defendant*

(Signed by Eduardo S. Garcia with authority from Laura Rubenstein)

6197538_1