## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFIQUE AHMAD : | |
| : | Civil Action No. 1:17-cv-2493-TSC |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| GENERAL NUTRITION CORPORATION : | |
| : | |
| Defendant. : | |

## ORDER OF DISMISSAL

In light of the Joint Status Report filed by the parties, ECF No. 16, this action is hereby DISMISSED WITH PREJUDICE in its entirety, with each Party to bear their own attorneys' fees and costs (except as specifically noted in the Settlement Agreement).

Date: November 30, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge